Case 1:10-cv-00955-DAB -GWG   Document 74   Filed 02/22/11   Page 1 of 1

Ira S. Sacks
Jennifer Zuccaro
Law Offices of Ira S. Sacks LLP
575 Madison Avenue
New York, New York 10022
(212) 605-0130
(212) 605-0353 (fax)
*Attorneys for Plaintiff*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

BeautyBank Inc.

                Plaintiff,

    v.

Harvey Prince LLP, Kumar Ramani, Ageless
Fantasy LLC, Ageless Concepts, Inc.,
FragranceX.com, Inc., and Tamak, Inc.

                Defendants.

------------------------------------------------------------x

Civ. No. 10 CV 955 (DAB)

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties set forth below by their respective counsel that the Second Amended Complaint as against, but solely as against, FragranceX.com, Inc., Inc. is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each such party to bear its own costs.

Dated: February 18, 2011

By: _____
Ira S. Sacks
Law Offices of Ira S. Sacks LLP
575 Madison Ave., 10th fl.
New York, New York 10022
212 605 0130
212 605 0353
*Attorneys for BeautyBank Inc.*

By: _____
Stanley R. Goodman
Goodman & Saperstein
100 Garden City Plaza, Suite 412-B
Garden City, New York 11530
Phone 516.227.2100
Fax 516.227.2108
gsesq600@aol.com
*Attorneys for FragranceX.com, Inc.*

SO ORDERED:

*Deborah A. Batts*

_____
U.S.D.J.       2/23/11