**Paul W. Siegert (PWS 8521)**
Office & P.O. Address
15 East 32nd Street
New York, NY 10016
**Tel: (212) 564-8181**
Fax:   (212) 564-4414
Email: paulsiegert@aol.com

*Attorney for*
*Kumar Ramani, Ageless Fantasy LLC,*
*and Ageless Concepts, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| **BeautyBank Inc,** | Civ. No. 10 CV 955 (AJN)(GWG) |
| Plaintiff, | **DEFENDANTS' MOTION FOR** |
| -v- | **SUMMARY JUDGMENT:** |
| | **DECLARATIONS OF PAUL W.** |
| **Harvey Prince LLP, Kumar Ramani,** | **SIEGERT/PRAKASH MELWANI** |
| **Ageless Fantasy LLC, Ageless Concepts,** | |
| **Inc., FragranceX.com, Inc., and** | |
| **Tamak, Inc.,** | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

To:   Interested Parties and Attorneys of Record:

**NOTICE IS HEREBY GIVEN** that on April 9, 2012, the defendants Kumar Ramani, Ageless Fantasy LLC, and Ageless Concepts, Inc. will move this Court at 500 Pearl Street, Room 615, New York, NY 10007 before Judge Alison J. Nathan for an order granting summary judgment in favor of these defendants, pursuant to Federal Rules of Civil Procedure, Rule 56(b), on the grounds that this action has no merit, there is no triable issue of fact as to any material fact which would prevent judgment in favor of these defendants and said defendants are entitled to judgment as a matter of law.

This motion is based upon this Notice, the records and papers on file herein, the attached Memorandum of Law and authorities, the Declarations of Paul W. Siegert and Prakash Melwani with exhibits, the attached separate Statement of Undisputed Material Facts, and on such other evidence as may be presented at the hearing of the motion and/or oral argument.

Dated:   New York, NY
April 7, 2012

/s/
_____
**PAUL W. SIEGERT**
Attorney for Defendants,
*Kumar Ramani,*
*Ageless Fantasy LLC,*
*and Ageless Concepts, Inc.*

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        : ss.:
COUNTY OF NEW YORK      )

**KYONG KIM**, being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years, and resides at Yonkers, New York and that on the 7th day of April, 2012, she served the within <u>Notice of Motion for Summary Judgment, Declaration of Paul W. Siegert, Declaration of Prakash Melwani (with exhibits), Undisputed Facts under Rule 56.1, and Memorandum of Law</u> upon the following attorney and/or party at the following address:

Akerman Senterfitt
335 Madison Avenue, Suite 2600
New York, NY 10017

By depositing a true copy thereof enclosed in a properly addressed, post-paid wrapper, by first class mail, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

/s/
_____
**KYONG KIM**

Sworn to before me on the
7th day of April, 2012

/s/
_____
Notary Public