UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

BEAUTYBANK, INC.,

               Plaintiff,

    -v.-

KUMAR RAMANI, AGELESS FANTASY LLC,
AGELESS CONCEPTS INC.,

               Defendants.

---------------------------------------------------------------X

No. 10 Civ. 955 (KPF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/13
```

PLEASE CHECK (√) YOUR ANSWERS
All jurors must agree on the answers to all of the questions.

## Issue I: Liability

1. Has Plaintiff established its claim of trademark infringement under federal law as to:

    a. Kumar Ramani?      Yes __✓__      No_____

        If yes to question 1(a), has Plaintiff proven that this Defendant acted willfully in committing federal trademark infringement?

              Yes __✓__      No_____

        If yes to question 1(a), has Plaintiff proven that this Defendant acted in bad faith in committing federal trademark infringement?

              Yes __✓__      No_____

    b. Ageless Fantasy LLC?      Yes __✓__      No_____

        If yes to question 1(b), has Plaintiff proven that this Defendant acted willfully in committing federal trademark infringement?

              Yes __✓__      No_____

        If yes to question 1(b), has Plaintiff proven that this Defendant acted in bad faith in committing federal trademark infringement?

              Yes __✓__      No_____

c. Ageless Concepts Inc.?   Yes __✓__   No_____

    If yes to question 1(c), has Plaintiff proven that this Defendant acted willfully in committing federal trademark infringement?

        Yes __✓__   No_____

    If yes to question 1(c), has Plaintiff proven that this Defendant acted in bad faith in committing federal trademark infringement?

        Yes __✓__   No_____

*Proceed to Question 2.*

2. Has Plaintiff established its claim of false designation of origin under federal law as to:

   a. Kumar Ramani?   Yes __✓__   No_____

    If yes to question 2(a), has Plaintiff proven that this Defendant acted willfully in committing false designation of origin under federal law?

        Yes __✓__   No_____

    If yes to question 2(a), has Plaintiff proven that this Defendant acted in bad faith in committing false designation of origin under federal law?

        Yes __✓__   No_____

   b. Ageless Fantasy LLC?   Yes __✓__   No_____

    If yes to question 2(b), has Plaintiff proven that this Defendant acted willfully in committing false designation of origin under federal law?

        Yes __✓__   No_____

    If yes to question 2(b), has Plaintiff proven that this Defendant acted in bad faith in committing false designation of origin under federal law?

        Yes __✓__   No_____

c. Ageless Concepts Inc.?   Yes __✓__   No _____

    If yes to question 2(c), has Plaintiff proven that this Defendant acted willfully in committing false designation of origin under federal law?

        Yes __✓__   No _____

    If yes to question 2(c), has Plaintiff proven that this Defendant acted in bad faith in committing false designation of origin under federal law?

        Yes __✓__   No _____

*Proceed to Question 3.*

3. Has Plaintiff established its claim of false advertising under federal law as to:

    a. Kumar Ramani?   Yes __✓__   No _____

        If yes to question 3(a), has Plaintiff proven that this Defendant acted willfully in committing false advertising under federal law?

            Yes __✓__   No _____

        If yes to question 3(a), has Plaintiff proven that this Defendant acted in bad faith in committing false advertising under federal law?

            Yes __✓__   No _____

    b. Ageless Fantasy LLC?   Yes __✓__   No _____

        If yes to question 3(b), has Plaintiff proven that this Defendant acted willfully in committing false advertising under federal law?

            Yes __✓__   No _____

        If yes to question 3(b), has Plaintiff proven that this Defendant acted in bad faith in committing false advertising under federal law?

            Yes __✓__   No _____

c. Ageless Concepts Inc.?  Yes __✓__  No _____

If yes to question 3(c), has Plaintiff proven that this Defendant acted willfully in committing false advertising under federal law?

Yes __✓__  No _____

If yes to question 3(c), has Plaintiff proven that this Defendant acted in bad faith in committing false advertising under federal law?

Yes __✓__  No _____

*Proceed to Question 4.*

4. If you answered "yes" to question 3(a), 3(b), or 3(c), which asks whether Plaintiff established its claim of false advertising under federal law as to each Defendant, then which one, or more, of the below statements do you find are false? Place a check (✓) next to each statement that qualifies.

    __✓__ Defendants' fragrance bearing the name EAU FLIRT was clinically proven to make "men flirt with women."

    __✓__ EAU FLIRT-branded perfume contained no artificial colorings.

    __✓__ EAU FLIRT perfume was "based on" research from leading dermatologists, psychologists, physicians, and doctors.

    __✓__ EAU FLIRT perfume contains fragrance notes of pumpkin pie and lavender.

*Proceed to Question 5.*

5. Has Plaintiff established its claim of trademark infringement under the common law of the State of New York as to:

    a. Kumar Ramani?  Yes __✓__  No _____

    If yes to question 5(a), has Plaintiff proven that this Defendant acted willfully in committing trademark infringement under the common law of the State of New York?

    Yes __✓__  No _____

    If yes to question 5(a), has Plaintiff proven that this Defendant acted in bad faith in committing trademark infringement under the common law of the State of New York?

    Yes __✓__  No _____

4

b. Ageless Fantasy LLC?   Yes __✓__   No_____

　If yes to question 5(b), has Plaintiff proven that this Defendant acted willfully in committing trademark infringement under the common law of the State of New York?

　　Yes __✓__   No_____

　If yes to question 5(b), has Plaintiff proven that this Defendant acted in bad faith in committing trademark infringement under the common law of the State of New York?

　　Yes __✓__   No_____

c. Ageless Concepts Inc.?   Yes __✓__   No_____

　If yes to question 5(c), has Plaintiff proven that this Defendant acted willfully in committing trademark infringement under the common law of the State of New York?

　　Yes __✓__   No_____

　If yes to question 5(c), has Plaintiff proven that this Defendant acted in bad faith in committing trademark infringement under the common law of the State of New York?

　　Yes __✓__   No_____

*Proceed to Question 6.*

6. Has Plaintiff established its claim of unfair competition under the common law of the State of New York as to:

　a. Kumar Ramani?   Yes __✓__   No_____

　　If yes to question 6(a), has Plaintiff proven that this Defendant acted willfully in committing unfair competition under the common law of the State of New York?

　　　Yes __✓__   No_____

　　If yes to question 6(b), has Plaintiff proven that this Defendant acted in bad faith in committing unfair competition under the common law of the State of New York?

　　　Yes __✓__   No_____

b. Ageless Fantasy LLC?  Yes __✓__  No_____

    If yes to question 6(b), has Plaintiff proven that this Defendant acted willfully in committing unfair competition under the common law of the State of New York?

    Yes __✓__  No_____

    If yes to question 6(b), has Plaintiff proven that this Defendant acted in bad faith in committing unfair competition under the common law of the State of New York?

    Yes __✓__  No_____

c. Ageless Concepts Inc.?  Yes __✓__  No_____

    If yes to question 6(c), has Plaintiff proven that this Defendant acted willfully in committing unfair competition under the common law of the State of New York?

    Yes __✓__  No_____

    If yes to question 6(c), has Plaintiff proven that this Defendant acted in bad faith in committing unfair competition under the common law of the State of New York?

    Yes __✓__  No_____

*Proceed to Question 7.*

7. Has Plaintiff established its claim of deceptive acts and practices under New York State law as to:

    a. Kumar Ramani?  Yes __✓__  No_____

        If yes to question 7(a), has Plaintiff proven that this Defendant acted willfully in committing deceptive acts and practices under New York State law?

        Yes __✓__  No_____

        If yes to question 7(a), has Plaintiff proven that this Defendant acted in bad faith in committing deceptive acts and practices under New York State law?

        Yes __✓__  No_____

b. Ageless Fantasy LLC?   Yes ✓   No____

　　If yes to question 7(b), has Plaintiff proven that this Defendant acted willfully in committing deceptive acts and practices under New York State law?

　　　　Yes ✓   No____

　　If yes to question 7(b), has Plaintiff proven that this Defendant acted in bad faith in committing deceptive acts and practices under New York State law?

　　　　Yes ✓   No____

c. Ageless Concepts Inc.?   Yes ✓   No____

　　If yes to question 7(c), has Plaintiff proven that this Defendant acted willfully in committing deceptive acts and practices under New York State law?

　　　　Yes ✓   No____

　　If yes to question 7(c), has Plaintiff proven that this Defendant acted in bad faith in committing deceptive acts and practices under New York State law?

　　　　Yes ✓   No____

*If you answered "Yes" to any of the questions above, proceed to the questions in Issue II. If you answered "No" to all of the questions above, please proceed to the final page and sign this form.*

## Issue II: Damages

8. Has Plaintiff established by a preponderance of the evidence that it is entitled to compensatory damages in the form of recovery of a defendant's profits from:

   a. Kumar Ramani?   Yes ✓   No____

   　　If yes, in what amount?  120,000.00

   b. Ageless Fantasy LLC?   Yes ✓   No____

   　　If yes, in what amount?  120,000.00

   c. Ageless Concepts Inc.?   Yes ✓   No____

   　　If yes, in what amount?  120,000.00

*Proceed to Question 9.*

7

9. Has Plaintiff established by a preponderance of the evidence that it is entitled to punitive damages as to:

   a. Kumar Ramani?              Yes ✓        No_____

             If yes, in what amount?  1,100,000.00

   b. Ageless Fantasy LLC?       Yes ✓        No_____

             If yes, in what amount?  1,100,000.00

   c. Ageless Concepts Inc.?     Yes ✓        No_____

             If yes, in what amount?  1,100,000.00

*Proceed to the next page.*

*You are finished. Each juror who agrees with this verdict must sign below:*

_____ 10/23/13    _____ 10/23/13
Foreperson                          Melissa Piedmont

_____ 10/23/2013  _____ 10/23/13

_____ 10/23/13    _____ Oct 23, 2013

_Susan Lacina_ 10/23/13             _Sherry Belluardo_ 10/23/13

9